Priority —
Send —
Enter —
Closed —
JS-5/JS-6 —
JS-2/JS-3 —
Scan Only —

FILED
CLERK, U S DISTRICT COURT

AUG 29 2000

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT

AUG 3 0 2000

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUTUREDONTICS, INC., | Case No. CV 97-6991 CM (MANx) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| APPLIED ANAGRAMICS, ROBERT GOODMAN, NINE TREES DESIGN, AM NET, | |
| Defendants. | THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP RULE 77(d). |

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice. The Court, retaining jurisdiction, may reopened this action at any time, should the upcoming Arbitration fail to resolve the action.

The Clerk shall mail a copy of this Order to all counsel.

Dated: 8/29/00

CARLOS R. MORENO
United States District Judge

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

AUG 3 0 2000